United States District Court
Southern District of Texas
**ENTERED**
August 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UBALDO DE LA CRUZ HERNANDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-03900 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL AND CASE CLOSURE

Based on the Petitioner's motion to dismiss this case as moot because he has been removed, the Court **ORDERS** as follows:

1. Petitioner's motion to dismiss (Doc. No. 7) is **GRANTED**.

2. This case is **DISMISSED without prejudice as MOOT**.

3. All other pending motions, if any, are **DENIED as MOOT**.

4. This case is **CLOSED**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this _____11_____ day of August 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE